NITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NELSON D. EDWARDS, SHERRI L. EDWARDS, SHAWNA F. EDWARDS, and SHAWNA A. WALKER, Minor, by Parent, SHAWNA F. EDWARDS, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL JOLLIFF-BLAKE, ARTURO V. BRACHO, ANDREW J. BELUSO, CARLOS A. SANCHEZ, ALEJANDRO LAGUNAS, SHERRY L. BUCKNER, ANTONIO HERRERA, MICHAEL A. CANTORE, RICO L. CARTER, DARIUS J. REED, EDWARD J. SULLINS, NEIL J. SKIPPER, UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO, <br><br> Defendants. | Case No. 13 C 4558 <br><br> Judge Jorge L. Alonso <br><br> Magistrate Judge Susan E. Cox |

**PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS,
LOCAL RULE 56.1(a)(3)**

TABLE OF CONTENTS - PLAINTIFFS' EXHIBITS

Pls Exhibit 1:   "John Doe" witness criminal history report of December 5, 2014

Pls Exhibit 2:   Frederick Sutton criminal history report of November 20, 2013

Pls Exhibit 3:   "John Doe" witness statement to Tinley Park Police Department about identity theft

Pls Exhibit 4:   Picture of Frederick Sutton home at 3938 West Lexington Street

Pls Exhibit 5:   Picture of drug house at 749 South Keeler Avenue

Pls Exhibit 6:   Picture of Daniel Webster School

Pls Exhibit 7:   Picture of basement at the Edwards home

Pls Exhibit 8:   Declaration of Frederick Sutton of March 21, 2016

Pls Exhibit 9:   Google Map of 3938 West Lexington Street, 827 South Keeler Avenue, and 749 South Keeler Avenue

| | |
|---|---|
| **Pls Exhibit 10:** | **Defendant Michael Jolliff-Blake's judicial admissions of December 2, 2013, pertaining to Plaintiffs' requests to admit** |
| **Pls Exhibit 11:** | **Defendant Michael Jolliff-Blake's amended judicial admissions of January 29, 2014, pertaining to Plaintiffs' requests to admit** |
| **Pls Exhibit 12:** | **Defendant Michael Jolliff-Blake's answers of March 5, 2014/ August 20, 2014, to Plaintiff Nelson Edwards' interrogatories** |
| **Pls Exhibit 13:** | **Defendant Michael Jolliff-Blake's answers of August 20, 2014, to Plaintiff Sherri Edwards' interrogatories** |
| **Pls Exhibit 14:** | **Defendant Arturo V. Bracho's judicial admissions of January 10, 2014, pertaining to Plaintiffs' requests to admit** |
| **Pls Exhibit 15:** | **Defendant Arturo V. Bracho's amended judicial admissions of January 29, 2014, pertaining to Plaintiffs' requests to admit** |
| **Pls Exhibit 16:** | **Defendant Arturo V. Bracho's answers of March 5, 2014/ March 7, 2014, to Plaintiff Nelson Edwards' interrogatories** |
| **Pls Exhibit 17:** | **Defendant Arturo V. Bracho's answers of April 28, 2014, to Plaintiff Sherri Edwards' interrogatories** |
| **Pls Exhibit 18:** | **Defendant Andrew J. Beluso's judicial admissions of January 10, 2014, pertaining to Plaintiffs' requests to admit** |
| **Pls Exhibit 19:** | **Defendant Andrew J. Beluso's amended judicial admissions of January 29, 2014, pertaining to Plaintiffs' requests to admit** |
| **Pls Exhibit 20:** | **Defendant Andrew J. Beluso's answers of May 5, 2014, to Plaintiff Nelson Edwards' interrogatories** |
| **Pls Exhibit 21:** | **Defendant Andrew J. Beluso's answers of May 5, 2014, to Plaintiff Sherri Edwards' interrogatories** |
| **Pls Exhibit 22:** | **Defendant Carlos A. Sanchez's judicial admissions of January 10, 2014, pertaining to Plaintiffs' requests to admit** |
| **Pls Exhibit 23:** | **Defendant Carlos A. Sanchez's amended judicial admissions of January 29, 2014, pertaining to Plaintiffs' requests to admit** |
| **Pls Exhibit 24:** | **Defendant Carlos A. Sanchez's answers of March 5, 2014, to Plaintiff Nelson Edwards' interrogatories** |
| **Pls Exhibit 25:** | **Defendant Carlos A. Sanchez's answers of April 29, 2014, to Plaintiff Sherri Edwards' interrogatories** |
| **Pls Exhibit 26:** | **Defendant Alejandro Lagunas' judicial admissions of January 10, 2014, pertaining to Plaintiffs' requests to admit** |

**Pls Exhibit 27:** **Defendant Alejandro Lagunas' amended judicial admissions of January 29, 2014, pertaining to Plaintiffs' requests to admit**

**Pls Exhibit 28:** **Defendant Alejandro Lagunas' answers of of May 13, 2014, to Plaintiff Nelson Edwards' interrogatories**
.
**Pls Exhibit 29:** **Defendant Alejandro Lagunas' answers of of May 13, 2014, to Plaintiff Sherri Edwards' interrogatories**

**Pls Exhibit 30:** **Defendant Sherry L. Buckner's judicial admissions of January 10, 2014, pertaining to Plaintiffs' requests to admit**

**Pls Exhibit 31:** **Defendant Sherry L. Buckner's amended judicial admissions of January 29, 2014, pertaining to Plaintiffs' requests to admit**

**Pls Exhibit 32:** **Defendant Sherry L. Buckner's answers of March 5, 2014, to Plaintiff Nelson Edwards' interrogatories**

**Pls Exhibit 33:** **Defendant Sherry L. Buckner's answers of November 11, 2014, to Plaintiff Sherri Edwards' interrogatories**

**Pls Exhibit 34:** **Defendant Antonio Herrera's judicial admissions of January 10, 2014, pertaining to Plaintiffs' requests to admit**

**Pls Exhibit 35:** **Defendant Antonio Herrera's amended judicial admissions of January 29, 2014, pertaining to Plaintiffs' requests to admit**

**Pls Exhibit 36:** **Defendant Antonio Herrera's answers of May 13, 2014, to Plaintiff Nelson Edwards' interrogatories**

**Pls Exhibit 37:** **Defendant Antonio Herrera's answers of May 13, 2014, to Plaintiff Sherri Edwards' interrogatories**

**Pls Exhibit 38:** **Defendant Michael A. Cantore's judicial admissions of January 10, 2014, pertaining to Plaintiffs' requests to admit**

**Pls Exhibit 39:** **Defendant Michael A. Cantore's amended judicial admissions of January 29, 2014, pertaining to Plaintiffs' requests to admit**

**Pls Exhibit 40:** **Defendant Michael A. Cantore's answers of March 5, 2014, to Plaintiff Nelson Edwards' interrogatories**

**Pls Exhibit 41:** **Defendant Michael A. Cantore's answers of May 5, 2014, to Plaintiff Sherri Edwards' interrogatories**

**Pls Exhibit 42:** **Defendant Rico L. Carter's judicial admissions of January 10, 2014, pertaining to Plaintiffs' requests to admit**

**Pls Exhibit 43:** **Defendant Rico L. Carter's amended judicial admissions of January 29, 2014, pertaining to Plaintiffs' requests to admit**

**Pls Exhibit 44:**     **Defendant Rico L. Carter second amended judicial admissions of March 5, 2014, pertaining to Plaintiffs' requests to admit**

**Pls Exhibit 45:**     **Defendant Rico L. Carter's answers of September 17, 2014, to Plaintiff Sherri Edwards' interrogatories**

**Pls Exhibit 46:**     **Defendant Darius J. Reed's judicial admissions of January 10, 2014, pertaining to Plaintiffs' requests to admit**

**Pls Exhibit 47:**     **Defendant Darius J. Reed's amended judicial admissions of January 29, 2014, pertaining to Plaintiffs' requests to admit**

**Pls Exhibit 48:**     **Defendant Darius J. Reed's second amended judicial admissions of March 5, 2014, pertaining to Plaintiffs' requests to admit**

**Pls Exhibit 49:**     **Defendant Darius J. Reed's answers of May 14, 2014, to Plaintiff Nelson Edwards' interrogatories**

**Pls Exhibit 50:**     **Defendant Darius J. Reed's answers of May 14, 2014, to Plaintiff Sherri Edwards' interrogatories**

**Pls Exhibit 51:**     **Defendant Edward J. Sullins' judicial admissions of January 10, 2014, pertaining to Plaintiffs' requests to admit**

**Pls Exhibit 52:**     **Defendant Edward J. Sullins' amended judicial admissions of January 29, 2014, pertaining to Plaintiffs' requests to admit**

**Pls Exhibit 53:**     **Defendant Edward J. Sullins' second amended judicial admissions of March 5, 2014, pertaining to Plaintiffs' requests to admit**

**Pls Exhibit 54:**     **Defendant Edward J. Sullins' answers of March 5, 2014/May 27, 2014, to Plaintiff Nelson Edwards' interrogatories**

**Pls Exhibit 55:**     **Defendant Edward J. Sullins' answers of May 27, 2014, to Plaintiff Sherri Edwards' interrogatories**

Dated: March 21, 2016                    /s/     Irene K. Dymkar
                                                                   Irene K. Dymkar

Irene K. Dymkar                                     Torreya L. Hamilton
Attorney for Plaintiffs                            Hamilton Law Office, LLC
53 West Jackson, Suite 562                 53 West Jackson, Suite 452
Chicago, IL 60604-3420                    Chicago, IL 60604-3419
(312) 345-0123                                      (312) 726-3173

## **CERTIFICATE OF SERVICE**

      I, Irene K. Dymkar, an attorney, certify that on the 21st day of March, 2016, a copy of the above TABLE OF CONTENTS - PLAINTIFFS' EXHIBITS FOR PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS, LOCAL RULE 56.1(a)(3) was served upon the attorneys for defendants named below through the Court's electronic filing system.

| | |
|---|---|
| Jonathan Clark Green | Thomas M. Leinenweber |
| Raoul V. Mowatt | Kevin E. Zibolski |
| City of Chicago, Department of Law | James V. Daffada |
| 30 N. LaSalle, Suite 900 | 1150 Wilmette Ave., Suite 1 |
| Chicago, IL 60602 | Wilmette, IL 60091 |

Dated: March 21, 2016                                          /s/ Irene K. Dymkar
                                                                                         Irene K. Dymkar