


# CHICAGO POLICE DEPARTMENT

3510 South Michigan Avenue/Chicago, Illinois 60653
Identification Section

## CRIMINAL HISTORY REPORT

CPD-31903C (REV. 7/04)

CPD photo

| | |
|---|---|
| IR # | **215091 8** |
| SID # | |
| FBI # | |
| IDOC # | |

**Current Arrest Information:**

MALE
BLACK
5'08"
175 lbs
EYES : BRO
HAIR : BLN
HAIR STYLE : SHORT
COMPLEXION : LGT

| | |
|---|---|
| Date of Birth: | |
| Age: | **29 years** |
| Place of Birth: | **ILLINOIS** |

SSN #:

Drivers License #:

Drivers Lic. State:

Scars, Marks &Tattoos:

### Key Historical Identifiers:

| Alias or AKA used | Date Used | Dates of Birth Used | Social Security Numbers Used |
|---|---|---|---|
| | **09-JUN-2014** | | Not Available |
| | **29-SEP-2012** | | Not Available |
| | **04-APR-2012** | | XXX-XX- |
| | **21-FEB-2012** | | Not Available |

Criminal Justice Summary: Total arrests: **6** (1 Felony, 1 Misdemeanor)    Total convictions: **0**

═══════════ ARREST ═══════════

| | | | | | |
|---|---|---|---|---|---|
| Arrest Name: | | Arrest Date: | **09-JUN-2014** | Holding Facility: | **CPD - CENTRAL MALE** |
| Date of Birth: | | Arrest Address: | **225 W JACKSON BLVD CHICAGO, IL 60606** | | |

DCN or CB: **018911332**  Residence: **1458 S CANAL ST CHICAGO, IL 60607**
Officer: **JOTAUTAS**  Officer Badge#: **13442**  Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | 8-4-025(B)(2) | Panhandle Prohibit Manner | OFFENSE AS CITED |

═══════════════════════ ARREST ═══════════════════════

Arrest Name: ▓▓▓▓▓▓▓▓▓▓▓▓  Arrest Date: **10-DEC-2012**  Holding Facility: **CPD - CENTRAL MALE**
Date of Birth: ▓▓▓▓▓▓  Arrest Address: **225 S CANAL ST CHICAGO, IL 60606**
DCN or CB: **018555655**  Residence: **1458 S CANAL ST CHICAGO, IL 60607**
Officer: **PETERS**  Officer Badge#: **983**  Arresting Agency: **METRA POLICE**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | B | M | 720 ILCS 5.0/21-3-A-2 | Criminal Trespass To Land | OFFENSE AS CITED |
| [2] | P | | 720 ILCS 5.0/16-2 | Theft Of Lost/Mislaid Property | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16-2 | THEFT OF LOST/MISLAID PRO | M | 12125866101 |

Disposition: **BAIL BOND FORFEITURE**  Disposition Date: **15-JAN-2013**
Sentence:  Sentence Date:

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**  Disposition Date: **15-JAN-2013**
Sentence:  Sentence Date:

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**  Disposition Date: **15-JAN-2013**
Sentence:  Sentence Date:

Disposition: **BAIL BOND FORFEITURE**  Disposition Date: **15-JAN-2013**
Sentence:  Sentence Date:

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/21-3-A-2 | CRIMINAL TRESPASS TO LAND | M | 12125866101 |

Disposition: **BAIL BOND FORFEITURE**  Disposition Date: **15-JAN-2013**
Sentence:  Sentence Date:

*Disposition:* **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**  *Disposition Date:* **15-JAN-2013**
*Sentence:*  *Sentence Date:*

━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━

| | |
|---|---|
| Arrest Name: | Arrest Date: **29-SEP-2012**   Holding Facility: **CPD - CENTRAL MALE** |
| Date of Birth: | Arrest Address: **380 W JACKSON BLVD CHICAGO, IL 60606** |
| DCN or CB: **018505713** | Residence: **1458 S CANAL ST CHICAGO, IL 60607** |
| Officer: **DAHILL** | Officer Badge#: **11329**   Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | 8-4-025(B)(2) | Panhandle Prohibit Manner | OFFENSE AS CITED |

━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━

| | |
|---|---|
| Arrest Name: | Arrest Date: **27-APR-2012**   Holding Facility: **CPD - CENTRAL MALE** |
| Date of Birth: | Arrest Address: **225 S CANAL ST CHICAGO, IL 60606** |
| DCN or CB: **018394597** | Residence: |
| Officer: **SIRISCEVICH JR** | Officer Badge#: **18387**   Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | 8-4-025(B)(2) | Panhandle Prohibit Manner | OFFENSE AS CITED |

━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━

| | |
|---|---|
| Arrest Name: | Arrest Date: **04-APR-2012**   Holding Facility: **CPD - CENTRAL MALE** |
| Date of Birth: | Arrest Address: **21 W ROOSEVELT RD CHICAGO, IL 60605** |
| DCN or CB: **018378096** | Residence: |
| Officer: **HERNANDEZ** | Officer Badge#: **4395**   Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | 8-8-170 | Selling/Giving Away Transfers | OFFENSE AS CITED |

━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━

| | |
|---|---|
| Arrest Name: | Arrest Date: **21-FEB-2012**   Holding Facility: **TINLEY PARK** |
| Date of Birth: | Arrest Address: **201 S STATE ST CHICAGO, IL 60604** |

DCN or CB: **018347487**  Residence:
Officer: **TENCZA**  Officer Badge#: **50**  Arresting Agency: **TINLEY PARK**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 2 | F | 720 ILCS 5.0/16G-15-A-1 | Identity Theft >$2k - $10k | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16G-15-A-1 | IDENTITY THEFT >$2K - $10 | M | 12500143101 |

*Disposition:* **NOLLE PROSEQUI**  *Disposition Date:* **02-APR-2012**
*Sentence:*  *Sentence Date:*

***End of Report***

This Chicago Police Department IR rap-sheet should not replace the use of the Illinois State Police statewide criminal history transcript, which may contain additional criminal history data and can be obtained by performing a CQR1 inquiry via your LEADS terminal.

05-DEC-2014 18:55