Chicago Police Department on 20-NOV-2013 15:30 by PC0T733 for IR # 843014    Page 1 of 11



**CHICAGO POLICE DEPARTMENT**
3510 South Michigan Avenue/Chicago, Illinois 60653
Identification Section

**CRIMINAL HISTORY REPORT**



CPD-31903C (REV. 7/04)

>>> **CONVICTED FELON** <<<

**SUTTON, FREDDIE**
IR # 843014
SID # 26957110
FBI #
IDOC # N85079

Current Arrest Information:

Date of Birth: REDACTED
Age: 41 years
Place of Birth:
SSN #:
Drivers License #:
Drivers Lic. State:
Scars, Marks & Tattoos:



CPD photo
MALE
6'2"
185 lbs
EYES : BRO
HAIR : BRO
COMPLEXION :

TATTOO, BACK - RIP CROSS TOMBSTONE

TATTOO, CHEST - TWO HEARTS, KENDRA, CANE, HAT

TATTOO, WRIST, LEFT - 5 PT STAR, $ SIGN & LUCKY

Key Historical Identifiers:

| Alias or AKA used | Date Used | Dates of Birth Used | Social Security Numbers Used |
|---|---|---|---|
| SUTTON, FREDDY | 18-FEB-2011 | REDACTED / REDACTED | Not Available |
| SUTTON, FREDDIE | 19-AUG-2007 | REDACTED | Not Available |
| SUTTON, FREDRICK | 12-AUG-2007 | REDACTED / REDACTED | REDACTED / REDACTED |
| SUTTON, FREDDY | 05-MAR-2007 | REDACTED / REDACTED | REDACTED |
| SUTTON, FREDDY | 29-JAN-2007 | REDACTED | Not Available |
| SUTTON, FREDRICK | 19-NOV-2006 | REDACTED / REDACTED | Not Available |
| SUTTON, FREDERICK | 22-JUN-2006 | REDACTED | Not Available |
| SUTTON, FREDDIE | 20-JAN-2006 | REDACTED / REDACTED | Not Available |
| SUTTON, FREDDY | 10-OCT-2005 | REDACTED | REDACTED |
| WILLIAMS, JERRY | 21-JUN-1993 | REDACTED / REDACTED | Not Available |
| SUTTON, FREDDIE | 22-APR-1992 | REDACTED | Not Available |
| SUTTON, FREDRICK | 10-APR-1992 | REDACTED / REDACTED | Not Available |
| SUTTON, FREDDIE | 02-DEC-1990 | REDACTED / REDACTED | Not Available |
| SUTTON, FREDDIE | 10-JUN-1988 | REDACTED | Not Available |
| SUTTON, FREDDIE | 17-MAR-1988 | REDACTED | Not Available |
| LIL FRED | Not Available | Not Available | Not Available |
| JERRY WILLIAMS | Not Available | Not Available | Not Available |
| JERRY THOMAS | Not Available | Not Available | Not Available |
| JERRY F THOMAS | Not Available | Not Available | Not Available |
| FREDRICK SUTTON | Not Available | Not Available | Not Available |
| FREDERICK SUTTON | Not Available | Not Available | Not Available |

http://chris.chicagopolice.org/pls/clear/law_rapsheet_cpd.show_html?p=UUzvsGHRsUX17WSGvJUQtpx...    11/20/2013

Edwards 13 C 4558
FCRL 000108

Chicago Police Department on 20-NOV-2013 15:30 by PC0T733 for IR # 843014  Page 2 of 11

| Name | | | |
|---|---|---|---|
| FREDDY SUTTON | Not Available | Not Available | Not Available |
| FREDDIE SUTTON | Not Available | Not Available | Not Available |
| FREDDIE SUTTA | Not Available | Not Available | Not Available |
| FREDDIE N SUTTON | Not Available | Not Available | Not Available |
| SUTTON, FREDERICK | Not Available | Not Available | Not Available |

Criminal Justice Summary: Total arrests: **30** (10 Felony, 11 Misdemeanor)   Total convictions: **6**

═══════════════ IDOC EVENT ═══════════════

**EVENT: RECEIVED**                                   Received Date:   18-JUN-2013
Institution Name:   **STATEVILLE**                    Discharge Date:  NOT CALCED

**OFFENSE**
| Charge code | Charge | Convicted Date | Class | Case# |
|---|---|---|---|---|
| 720ILCS570/402(C)<4> | POSS AMT CON SUB EXCEPT(A)/(D) | 14-JUN-2013 | 4 | 13CR0508701 |

═══════════════ ARREST ═══════════════

Arrest Name: **SUTTON, FREDERICK**   Arrest Date: **10-FEB-2013**   Holding Facility: **CPD - DISTRICT 011 MALE**
Date of Birth: REDACTED            Arrest Address: 3958 W ARTHINGTON ST CHICAGO, IL 60624
DCN or CB: 018593892               Residence: 3938 W LEXINGTON ST CHICAGO, IL 60624
Officer: **MIELCARZ**              Officer Badge#: **12613**   Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [2] | 4 | F | 720 ILCS 570.0/402-C | Pcs - Possession - Poss Amt Con Sub Except (A)(D) | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**
| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-570/401(D)(I) | OTHER AMT NARCOTIC SCHED | F | 13CR0508701 |

Disposition: NOLLE PROSEQUI                    Disposition Date: 14-JUN-2013
Sentence:                                      Sentence Date:

**COURT CHARGES/DISPOSITION**
| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-570/402(C) | POSS AMT CON SUB EXCEPT(A | F | 13CR0508701 |

Disposition: SENTENCED/ILLINOIS DEPARTMENT OF CORRECTIONS    Disposition Date: 14-JUN-2013   **CONVICTED**
Sentence: DOC 004 YEARS 00 MONTHS 000 DAYS                  Sentence Date: 14-JUN-2013

═══════════════ ARREST ═══════════════

Arrest Name: **SUTTON, FREDERICK**   Arrest Date: **22-NOV-2011**   Holding Facility: **CPD - DISTRICT 004**
Date of Birth: REDACTED            Arrest Address: 7850 S BENNETT AVE CHICAGO, IL 60649
DCN or CB: 018285093               Residence: 3938 W LEXINGTON ST CHICAGO, IL 60624
Officer: **GAINES**                Officer Badge#: **6030**   Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 625 ILCS 5.0/6-303-A | Driving On Revoked License | OFFENSE AS CITED |
| [1] | A | M | 720 ILCS 5.0/21-2 | Criminal Trespass To Vehicles | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**
| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/21-2 | CRIMINAL TRESPASS TO VEHI | M | 11123914101 |

Chicago Police Department on20-NOV-2013 15:30 by PC0T733 for IR # 843014    Page 3 of 11

**Disposition:** STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE    **Disposition Date:** 15-DEC-2011
**Sentence:**    **Sentence Date:**

## ARREST

| | | |
|---|---|---|
| Arrest Name: **SUTTON, FREDDY** | Arrest Date: **18-FEB-2011** | Holding Facility: **CPD - DISTRICT 011 MALE** |
| Date of Birth: REDACTED | Arrest Address: **1159 S INDEPENDENCE BLVD CHICAGO, IL 60624** | |
| DCN or CB: **018078504** | Residence: **3938 W LEXINGTON ST CHICAGO, IL 60624** | |
| Officer: **SANDOVAL** | Officer Badge#: **3927** | Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/21-2 | Criminal Trespass To Vehicles | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/21-2 | CRIMINAL TRESPASS TO VEHI | M | 11120317601 |

**Disposition:** STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE    **Disposition Date:** 16-MAR-2011
**Sentence:**    **Sentence Date:**

## IDOC EVENT

**EVENT: ON PAROLE**

Institution Name:    Parole Date:
Case Number:    Discharge Date: 11-AUG-2008

## ARREST

| | | |
|---|---|---|
| Arrest Name: **SUTTON, FREDDIE** | Arrest Date: **19-AUG-2007** | Holding Facility: **CPD - DISTRICT 011 MALE** |
| Date of Birth: REDACTED | Arrest Address: **4021 W ARTHINGTON ST CHICAGO, IL 60624** | |
| DCN or CB: **016988562** | Residence: **3938 W LEXINGTON ST CHICAGO, IL 60624** | |
| Officer: **WILLIAMS** | Officer Badge#: **17004** | Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | 8-4-030 | Drinking Alcohol On The Public Way | OFFENSE AS CITED |

## ARREST

| | | |
|---|---|---|
| Arrest Name: **SUTTON, FREDRICK** | Arrest Date: **12-AUG-2007** | Holding Facility: **CPD - DISTRICT 011 MALE** |
| Date of Birth: REDACTED | Arrest Address: **3942 W LEXINGTON ST CHICAGO, IL 60624** | |
| DCN or CB: **016981260** | Residence: **3938 W LEXINGTON ST #1 CHICAGO, IL 60624** | |
| Officer: **WEIR** | Officer Badge#: **15653** | Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | | | 725 ILCS 5.0/110-3 | Issuance Of Warrant | OFFENSE AS CITED |

## ARREST

| | | |
|---|---|---|
| Arrest Name: **SUTTON, FREDERICK** | Arrest Date: **19-MAY-2007** | Holding Facility: **CPD - DISTRICT 011 MALE** |
| Date of Birth: REDACTED | Arrest Address: **3940 W LEXINGTON ST CHICAGO, IL 60624** | |
| DCN or CB: **016895019** | Residence: **3938 W LEXINGTON ST CHICAGO, IL 60624** | |
| Officer: **HUTCHINSON** | Officer Badge#: **5629** | Arresting Agency: **CPD** |

Chicago Police Department on 20-NOV-2013 15:30 by PC0T733 for IR # 843014       Page 4 of 11

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 570.0/402-C | Pcs - Possession - Less Than 15 Grms - Cocaine | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-570/401-D | PCS - POSSESSION - LESS T | M | 07112041801 |

Disposition: FINDING - NO PROBABLE CAUSE - DISMISSED    Disposition Date: 14-JUN-2007
Sentence:                                                Sentence Date:

═══════════════════════════ ARREST ═══════════════════════════

| | |
|---|---|
| Arrest Name: SUTTON, FREDDY | Arrest Date: 05-MAR-2007    Holding Facility: CPD - DISTRICT 011 MALE |
| Date of Birth: REDACTED | Arrest Address: 3958 W CONGRESS PKWY CHICAGO, IL 60624 |
| DCN or CB: 016818758 | Residence: 3938 W LEXINGTON ST CHICAGO, IL 60624 |
| Officer: BROOKS | Officer Badge#: 17007    Arresting Agency: CPD |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | | | 725 ILCS 5.0/110-3 | Issuance Of Warrant | OFFENSE AS CITED |

═══════════════════════════ ARREST ═══════════════════════════

| | |
|---|---|
| Arrest Name: SUTTON, FREDRICK | Arrest Date: 10-FEB-2007    Holding Facility: CPD - DISTRICT 011 MALE |
| Date of Birth: REDACTED | Arrest Address: 3938 W LEXINGTON ST CHICAGO, IL 60624 |
| DCN or CB: 016797972 | Residence: 3938 W LEXINGTON # 1ST CHICAGO, IL 60624 |
| Officer: GOLDEN | Officer Badge#: 20222    Arresting Agency: CPD |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | | | 725 ILCS 5.0/110-3 | Issuance Of Warrant | OFFENSE AS CITED |

═══════════════════════════ ARREST ═══════════════════════════

| | |
|---|---|
| Arrest Name: SUTTON, FREDDY | Arrest Date: 29-JAN-2007    Holding Facility: CPD - DISTRICT 011 MALE |
| Date of Birth: REDACTED | Arrest Address: 3958 W ARTHINGTON ST CHICAGO, IL 60624 |
| DCN or CB: 016788264 | Residence: 3938 W LEXINGTON ST CHICAGO, IL 60624 |
| Officer: BABICZ | Officer Badge#: 12652    Arresting Agency: CPD |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | | | 725 ILCS 5.0/110-3 | Issuance Of Warrant | OFFENSE AS CITED |

═══════════════════════════ ARREST ═══════════════════════════

| | |
|---|---|
| Arrest Name: SUTTON, FREDDIE | Arrest Date: 25-DEC-2006    Holding Facility: CPD - DISTRICT 011 MALE |
| Date of Birth: REDACTED | Arrest Address: 3959 W HARRISON ST CHICAGO, IL 60624 |
| DCN or CB: 016755171 | Residence: 3938 W LEXINGTON ST CHICAGO, IL 60624 |
| Officer: LANGE | Officer Badge#: 19206    Arresting Agency: CPD |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | | | 725 ILCS 5.0/110-10-A-4 | Conditions Of Bail Bond | OFFENSE AS CITED |
| [1] | B | M | 720 ILCS 5.0/21-3-A-2 | Criminal Trespass To Land | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|

Chicago Police Department on 20-NOV-2013 15:30 by PC0T733 for IR # 843014     Page 5 of 11

| Statute | Charge | | Class | Case# |
|---|---|---|---|---|
| 720-5/110-10-A-4 | CONDITIONS OF BAIL BOND | | M | 06130474901 |

Disposition: STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE    Disposition Date: 27-DEC-2006
Sentence: JAIL 000 YEARS 00 MONTHS 002 DAYS    Sentence Date: 27-DEC-2006

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/21-3-A-2 | CRIMINAL TRESPASS TO LAND | M | 06130474901 |

Disposition: SENTENCED/COUNTY DEPARTMENT OF CORRECTIONS    Disposition Date: 27-DEC-2006
Sentence: JAIL 000 YEARS 00 MONTHS 002 DAYS    Sentence Date: 27-DEC-2006    **CONVICTED**

---

**ARREST**

| | |
|---|---|
| Arrest Name: SUTTON, FREDERICK | Arrest Date: 14-DEC-2006    Holding Facility: CPD - DISTRICT 011 MALE |
| Date of Birth: REDACTED | Arrest Address: 3929 W LEXINGTON ST CHICAGO, IL 60624 |
| DCN or CB: 016745978 | Residence: 3938 W LEXINGTON ST CHICAGO, IL 60624 |
| Officer: PICKETT | Officer Badge#: 12737    Arresting Agency: CPD |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | 10-8-515 | Soliciting Unlawful Business | OFFENSE AS CITED |

---

**ARREST**

| | |
|---|---|
| Arrest Name: SUTTON, FREDRICK | Arrest Date: 19-NOV-2006    Holding Facility: CPD - DISTRICT 011 MALE |
| Date of Birth: REDACTED | Arrest Address: 3947 W POLK ST CHICAGO, IL 60624 |
| DCN or CB: 016723412 | Residence: 3839 W LEXINGTON ST CHICAGO, IL 60624 |
| Officer: COTHRAN | Officer Badge#: 2721    Arresting Agency: CPD |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | U | | 625 ILCS 5.0/3-707 | Insurance - Operate Mtr Vehicle Without | OFFENSE AS CITED |
| [1] | | | 725 ILCS 5.0/110-10-A-4 | Conditions Of Bail Bond | OFFENSE AS CITED |
| [1] | A | M | 625 ILCS 5.0/6-303-A | Driving On Suspended License | OFFENSE AS CITED |
| [1] | C | M | 720 ILCS 550.0/4-A | Cannabis - Possess Less Than 2.5 Grms | OFFENSE AS CITED |
| [1] | L | | 9-40-140 | Negligent Driving | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-550/4-A | CANNABIS - POSSESS LESS T | M | 06130492301 |

Disposition: STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE    Disposition Date: 20-NOV-2006
Sentence:    Sentence Date:

Disposition: BAIL BOND FORFEITURE    Disposition Date: 26-JAN-2007
Sentence:    Sentence Date:

Disposition: ARREST WARRANT - ORDERED AND ISSUED    Disposition Date: 26-JAN-2007
Sentence:    Sentence Date:

Disposition: ARREST WARRANT - ORDERED AND ISSUED    Disposition Date: 27-FEB-2007
Sentence:    Sentence Date:

Disposition: BAIL BOND FORFEITURE    Disposition Date: 03-AUG-2007
Sentence:    Sentence Date:

Disposition: ARREST WARRANT - ORDERED AND ISSUED    Disposition Date: 03-AUG-2007
Sentence:    Sentence Date:

Disposition: STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE    Disposition Date: 05-JUL-2007

Edwards 13 C 4558
FCRL 000112

Chicago Police Department on 20-NOV-2013 15:30 by PC0T733 for IR # 843014     Page 6 of 11

Sentence:     Sentence Date:
Disposition: **BAIL BOND FORFEITURE**     Disposition Date: **27-FEB-2007**
Sentence:     Sentence Date:

### ARREST

| | | |
|---|---|---|
| Arrest Name: **SUTTON, FREDERICK** | Arrest Date: **01-NOV-2006** | Holding Facility: **CPD - DISTRICT 011 MALE** |
| Date of Birth: REDACTED | Arrest Address: **3942 W LEXINGTON ST CHICAGO, IL 60624** | |
| DCN or CB: **016705247** | Residence: **3938 W LEXINGTON ST CHICAGO, IL 60624** | |
| Officer: **KELLY** | Officer Badge#: **16411** | Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | 10-8-515 | Soliciting Unlawful Business | OFFENSE AS CITED |

### ARREST

| | | |
|---|---|---|
| Arrest Name: **SUTTON, FREDERICK** | Arrest Date: **22-JUN-2006** | Holding Facility: **CPD - DISTRICT 011 MALE** |
| Date of Birth: REDACTED | Arrest Address: **923 S SPRINGFIELD AVE CHICAGO, IL 60624** | |
| DCN or CB: **016574329** | Residence: **3938 W LEXINGTON ST CHICAGO, IL 60624** | |
| Officer: **KALINOWSKI** | Officer Badge#: **16872** | Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-3.2-A-1 | Domestic Battery - Bodily Harm | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/12-3.2-A-1 | DOMESTIC BATTERY - BODILY | M | 06144094801 |

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**     Disposition Date: **06-JUL-2006**
Sentence:     Sentence Date:

### ARREST

| | | |
|---|---|---|
| Arrest Name: **SUTTON, FREDDIE** | Arrest Date: **20-JAN-2006** | Holding Facility: **CPD - DISTRICT 011 MALE** |
| Date of Birth: REDACTED | Arrest Address: **3957 W LEXINGTON ST CHICAGO, IL 60624** | |
| DCN or CB: **016425974** | Residence: **3938 W LEXINGTON ST CHICAGO, IL 60624** | |
| Officer: **TROMAN** | Officer Badge#: **7999** | Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | 8-4-030 | Drinking Alcohol On The Public Way | OFFENSE AS CITED |

### ARREST

| | | |
|---|---|---|
| Arrest Name: **SUTTON, FREDDY** | Arrest Date: **10-OCT-2005** | Holding Facility: **CPD - DISTRICT 011 MALE** |
| Date of Birth: REDACTED | Arrest Address: **3932 W ARTHINGTON ST CHICAGO, IL 60624** | |
| DCN or CB: **016332432** | Residence: **3938 W LEXINGTON ST CHICAGO, IL 60624** | |
| Officer: **THOMAS** | Officer Badge#: **5614** | Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | U | | 625 ILCS 5.0/3-707 | Insurance - Operate Mtr Vehicle Without | OFFENSE AS CITED |
| [1] | P | | 625 ILCS 5.0/12-603.1 | Ivc - Not Wearing Seat Belt/Driver | OFFENSE AS CITED |
| [1] | A | M | 625 ILCS 5.0/6-303-A | Driving On Revoked License | OFFENSE AS CITED |

http://chris.chicagopolice.org/pls/clear/law_rapsheet_cpd.show_html?p=UUzvsGHRsUX17WSGvJUQtpx...     11/20/2013

Edwards 13 C 4558
FCRL 000113

Chicago Police Department on 20-NOV-2013 15:30 by PC0T733 for IR # 843014                Page 7 of 11

| Count | Class | Type | Statute | Description | Disposition |
|---|---|---|---|---|---|
| [1] | P | | 625 ILCS 5.0/11-702 | lvc - Improper Passing/Meeting Vehicle | OFFENSE AS CITED |
| [1] | A | M | 625 ILCS 5.0/11-204-A | lvc - Flee/Attempt Elude Police | OFFENSE AS CITED |
| [1] | | | 625 ILCS 5.0/11-1412.1 | lvc - Driving On Sidewalk | OFFENSE AS CITED |
| [1] | P | | 625 ILCS 5.0/11-708-D | lvc - Wrong Way On Divided Highway | OFFENSE AS CITED |
| [1] | A | M | 625 ILCS 5.0/11-503-A | lvc - Reckless Driving | OFFENSE AS CITED |
| [1] | L | | 9-8-020(C)(1) | Disobey Red Circular Steady Signal Stop | OFFENSE AS CITED |
| [1] | L | | 9-40-140 | Negligent Driving | OFFENSE AS CITED |
| [1] | P | | 625 ILCS 5.0/11-502-A | lvc - Trans/Carry Alc Liq/Driver | OFFENSE AS CITED |
| [1] | L | | 9-20-010(B) | One Way Street/Alley Signs Posted | OFFENSE AS CITED |

=== ARREST ===

| | | | |
|---|---|---|---|
| Arrest Name: | WILLIAMS, JERRY | Arrest Date: | 21-JUN-1993 |
| Date of Birth: | REDACTED | Arrest Address: | 3959 W LEXINGTON CHICAGO, IL |
| DCN or CB: | 009421007 | Residence: | |
| Officer: | POWELL | Officer Badge#: | 3617 |
| | | Holding Facility: | |
| | | Arresting Agency: | CPD |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | PCS | Possess Controlled Substance | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 38-33A-2/I | ARMED VIOL (CAT I WPN) | F | 93CR1730301 |

Disposition: SENTENCED/ILLINOIS DEPARTMENT OF CORRECTIONS    Disposition Date: 31-OCT-1994
Sentence: ILLINOIS DEPT. CORRECTIONS 010 YEARS 00 MONTHS 000 DAYS    Sentence Date: 31-OCT-1994    **CONVICTED**

=== ARREST ===

| | | | |
|---|---|---|---|
| Arrest Name: | SUTTON, FREDDIE | Arrest Date: | 22-APR-1992 |
| Date of Birth: | REDACTED | Arrest Address: | 3934 W THOMAS CHICAGO, IL |
| DCN or CB: | 009103750 | Residence: | 219 N PINE AVE CHICAGO, IL |
| Officer: | RUBIN | Officer Badge#: | 10074 |
| | | Holding Facility: | |
| | | Arresting Agency: | CPD |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 3 | F | PSMV | Possession Stolen Motor Vehicle | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 95.5-4-103-A(1) | PSMV | | 92CR1115701 |

Disposition: FINDING OF GUILTY    Disposition Date: 20-JAN-1994
Sentence: ILLINOIS DEPT. CORRECTIONS 9 YEARS 00 MONTHS 000 DAYS    Sentence Date:    **CONVICTED**

=== ARREST ===

| | | | |
|---|---|---|---|
| Arrest Name: | SUTTON, FREDRICK | Arrest Date: | 10-APR-1992 |
| Date of Birth: | REDACTED | Arrest Address: | 3839 W LEXINGTON CHICAGO, IL |
| DCN or CB: | 009094773 | Residence: | 3839 W LEXINGTON ST CHICAGO, IL |
| Officer: | | Officer Badge#: | |
| | | Holding Facility: | |
| | | Arresting Agency: | |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | | AGG ASSLT | Aggravated Assault | |

http://chris.chicagopolice.org/pls/clear/law_rapsheet_cpd.show_html?p=UUzvsGHRsUX17WSGvJUQtpx...    11/20/2013

Edwards 13 C 4558
FCRL 000114

Chicago Police Department on 20-NOV-2013 15:30 by PC0T733 for IR # 843014     Page 8 of 11

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 38-12-2 | AGGRAVATED ASSAULT | | 92126967701 |

Disposition: **BAIL BOND FORFEITURE - WARRANT**    Disposition Date: 12-MAY-1992
Sentence:    Sentence Date:

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**    Disposition Date: 01-JUL-1993
Sentence:    Sentence Date:

=== ARREST ===

| | | | |
|---|---|---|---|
| Arrest Name: | SUTTON, FREDDIE | Arrest Date: | 02-DEC-1990 |
| Date of Birth: | REDACTED | Arrest Address: | |
| DCN or CB: | 008709472 | Residence: | 210 N PINE AVE CHICAGO, IL |
| Officer: | | Officer Badge#: | Arresting Agency: |

Holding Facility:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 3 | F | PSMV | Possession Stolen Motor Vehicle | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 95.5-4-103-A(1) | REC/POS/SELL STL VEH | F | 91CR0105301 |

Disposition: **SENTENCED/ILLINOIS DEPARTMENT OF CORRECTIONS**    Disposition Date: 20-MAR-1991    **CONVICTED**
Sentence: **ILLINOIS DEPT. CORRECTIONS 003 YEARS 06 MONTHS 000 DAYS**    Sentence Date: 20-MAR-1991

=== ARREST ===

| | | | |
|---|---|---|---|
| Arrest Name: | SUTTON, FREDDIE | Arrest Date: | 22-JUL-1988 |
| Date of Birth: | REDACTED | Arrest Address: | 1100 S CLARK ST CHICAGO, IL |
| DCN or CB: | 008073336 | Residence: | 3942 W POLK ST CHICAGO, IL |
| Officer: | WENGEL | Officer Badge#: | 7163    Arresting Agency: CPD |

Holding Facility:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | THEFT | Theft | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 38-16-2 | THEFT | | 88126432101 |

Disposition: **BAIL BOND FORFEITURE - WARRANT**    Disposition Date: 16-AUG-1988
Sentence:    Sentence Date:

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**    Disposition Date: 29-SEP-1988
Sentence:    Sentence Date:

=== ARREST ===

| | | | |
|---|---|---|---|
| Arrest Name: | SUTTON, FREDDIE | Arrest Date: | 05-JUL-1988 |
| Date of Birth: | REDACTED | Arrest Address: | 3938 W LEXINGTON ST CHICAGO, IL |
| DCN or CB: | 008061804 | Residence: | 3938 W LEXINGTON ST CHICAGO, IL |
| Officer: | MENDOZA | Officer Badge#: | 17371    Arresting Agency: CPD |

Holding Facility:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|

Edwards 13 C 4558
FCRL 000115

Chicago Police Department on 20-NOV-2013 15:30 by PC0T733 for IR # 843014     Page 9 of 11

[1]   2   F   BURG/FORCE     Burglary Forcible Entry

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 38-19-3 | BURGLARY | | 88128653501 |

Disposition: INDICTMENT/INFORMATION FILED & SET FOR ASSIGNMENT (CRIMINAL DIVISION)    Disposition Date: 05-OCT-1988
Sentence:    Sentence Date:

=== ARREST ===

Arrest Name: SUTTON, FREDDIE    Arrest Date: 10-JUN-1988    Holding Facility:
Date of Birth: REDACTED    Arrest Address: 1133 S PULASKI RD CHICAGO, IL
DCN or CB: 008045684    Residence: 3947 W LEXINGTON ST CHICAGO, IL
Officer: COLON    Officer Badge#: 17820    Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | C | M | DIS CON | Disorderly Conduct | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 38 26-1A1 | - | M | 88122721001 |

Disposition: BAIL BOND FORFEITURE    Disposition Date: 30-JUN-1988
Sentence: NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS    Sentence Date:

Disposition: STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE    Disposition Date: 30-JUN-1988
Sentence: NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS    Sentence Date:

=== ARREST ===

Arrest Name: SUTTON, FREDDIE    Arrest Date: 07-MAY-1988    Holding Facility:
Date of Birth: REDACTED    Arrest Address: 3938 W LEXINGTON ST CHICAGO, IL
DCN or CB: 008022784    Residence: 3938 W LEXINGTON ST CHICAGO, IL
Officer: SHERDEN    Officer Badge#: 17775    Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 2 | F | BURG/UNLWFL | Burglary Unlawful Entry | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 38-19-1-A | BURGLARY | F | 88CR0774101 |

Disposition: PROBATION - TERMINATED - SATISFACTORY    Disposition Date: 13-MAR-1992
Sentence: NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS    Sentence Date:

Disposition: STRICKEN WITH LEAVE TO REINSTATE - WARRANT    Disposition Date: 10-JUN-1988
Sentence: NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS    Sentence Date:

Disposition: SENTENCED/PROBATION    Disposition Date: 27-SEP-1988    **CONVICTED**
Sentence: PROBATION 004 YEARS 00 MONTHS 000 DAYS    Sentence Date: 27-SEP-1988

=== ARREST ===

Arrest Name: SUTTON, FREDDIE    Arrest Date: 19-APR-1988    Holding Facility:
Date of Birth: REDACTED    Arrest Address: 4001 W FIFTH AV CHICAGO, IL
DCN or CB: 008011589    Residence: 3938 W LEXINGTON ST CHICAGO, IL

Chicago Police Department on20-NOV-2013 15:30 by PC0T733 for IR # 843014     Page 10 of 11

Officer: **MULLEN**    Officer Badge#: **8781**    Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 1 | F | PCS | Possession Of Other Controlled Substance | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 56.5-1402 | PCS | | 8818810701 |

Disposition: **BAIL BOND FORFEITURE - WARRANT**    Disposition Date: **10-MAY-1988**
Sentence:    Sentence Date:

---

====== ARREST ======

Arrest Name: **SUTTON, FREDDIE**    Arrest Date: **15-APR-1988**    Holding Facility:
Date of Birth: **REDACTED**    Arrest Address: **635 S KARLOV AV CHICAGO, IL**
DCN or CB: **008009000**    Residence: **3938 W LEXINGTON ST CHICAGO, IL**
Officer: **MIKES**    Officer Badge#: **8520**    Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | B | M | PSD | Possession Of Synthetic Drugs | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 56.5-1402 | PCS | | 88118804201 |

Disposition: **NOLLE PROSEQUI**    Disposition Date: **10-MAY-1988**
Sentence:    Sentence Date:

---

====== ARREST ======

Arrest Name: **SUTTON, FREDDIE**    Arrest Date: **12-APR-1988**    Holding Facility:
Date of Birth: **REDACTED**    Arrest Address: **4000 W FIFTH AV CHICAGO, IL**
DCN or CB: **008007080**    Residence: **3938 W LEXINGTON ST CHICAGO, IL**
Officer:    Officer Badge#:    Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | CTTV | Criminal Trespass To Vehicle | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 38 21-2 | CRIM TRESPS TO VEHIC | M | 88113832501 |

Disposition: **BAIL BOND FORFEITURE**    Disposition Date: **25-APR-1988**
Sentence: **NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS**    Sentence Date:
Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**    Disposition Date: **25-APR-1988**
Sentence: **NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS**    Sentence Date:

---

====== ARREST ======

Arrest Name: **SUTTON, FREDDIE**    Arrest Date: **28-MAR-1988**    Holding Facility:
Date of Birth: **REDACTED**    Arrest Address: **3938 W LEXINGTON ST CHICAGO, IL**
DCN or CB: **007997620**    Residence: **3938 W LEXINGTON ST CHICAGO, IL**
Officer:    Officer Badge#:    Arresting Agency:

Edwards 13 C 4558
FCRL 000117

| Chicago Police Department on 20-NOV-2013 15:30 by PC0T733 for IR # 843014 | Page 11 of 11 |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 2 | F | BURG/FORCE | Burglary Forcible Entry | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 38-19-1A | BURGLARY | | 88112291001 |

Disposition: BAIL BOND FORFEITURE - WARRANT  Disposition Date: 25-APR-1988
Sentence:  Sentence Date:

═══════════════════ ARREST ═══════════════════

| Arrest Name: | SUTTON, FREDDIE | Arrest Date: | 20-MAR-1988 | Holding Facility: | |
| Date of Birth: | REDACTED | Arrest Address: | 4011 W FIFTH AV CHICAGO, IL | | |
| DCN or CB: | 007992747 | Residence: | 3988 W LEXINGTON ST CHICAGO, IL | | |
| Officer: | BLANKS | Officer Badge#: | 12389 | Arresting Agency: | CPD |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | B | M | POSS CANN | Possession Of Cannabis | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 56.5-704 | POSSESSION OF CANNABIS | | 88117702801 |

Disposition: BAIL BOND FORFEITURE - WARRANT  Disposition Date: 26-APR-1988
Sentence:  Sentence Date:

═══════════════════ ARREST ═══════════════════

| Arrest Name: | SUTTON, FREDDIE | Arrest Date: | 17-MAR-1988 | Holding Facility: | |
| Date of Birth: | REDACTED | Arrest Address: | 3938 W LEXINGTON ST CHICAGO, IL | | |
| DCN or CB: | 007990359 | Residence: | 3938 W LEXINGTON ST CHICAGO, IL | | |
| Officer: | TOUSSAS | Officer Badge#: | 8176 | Arresting Agency: | CPD |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 1 | F | PCS | Possession Of Other Controlled Substance | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 56.5-1402 | PCS (2 COUNTS) | | 88115242001 |

Disposition: NOLLE PROSEQUI  Disposition Date: 13-MAY-1988
Sentence:  Sentence Date:

***End of Report***

This Chicago Police Department IR rap-sheet should not replace the use of the Illinois State Police statewide criminal history transcript, which may contain additional criminal history data and can be obtained by performing a CQR1 inquiry via your LEADS terminal.

20-NOV-2013 15:30  Requested by: PC0T733