Statement of:

▮▮▮▮▮▮

22 February 2012 @ 1530 Hours

12-2053

Detective Stanley J Tencza #50

Tinley Park Police Department

7850 W. 183rd Street Tinley Park, Illinois 60477

Identity Theft

My name is ▮▮▮▮▮▮. I am 27 years of age, born ▮▮▮▮▮▮. I am currently without a residence (homeless). I attended Alan B. Shepard High School in Palos Heights, Illinois, Summit Learning Center in Robbins, Illinois, and Ombudsman in Crestwood, Illinois. Due to failing grades, poor attendance, and discipline problems I dropped out of school. I have resided in Louisiana, North Carolina, Ohio, and Illinois. During this time I have had numerous odd jobs. I am currently unemployed. I have two (2) children ▮▮▮▮▮▮ and ▮▮▮▮▮▮ ▮▮▮▮▮▮.

I am currently in custody at the Tinley Park Police Department.

I have been read my rights verbatim by Detective Stanley J Tencza #50. I reviewed a preprinted rights form, initialed each and every one of my rights and signed the preprinted form acknowledging I understood each and every one of my rights.

I am being questioned about an Identity Theft which occurred between 14 January 2012 and 31 January 2012, at 6836 W. 179th Place Tinley Park, Illinois 60477.

In May 2011, my father William M. Dotson passed away from natural causes. Shortly after his death I turned to heroin to combat my depression. I subsequently became addicted to the heroin. My addiction at its peak was 12-15 bags a day.

In January 2012, I was unemployed and my addiction was at its peak. I needed money to support my addiction. I obtained the pin (3294) to my mother Susan M. Dotson debt card. I obtained the pin through my brother ▮▮▮▮▮▮. When my mother was not looking, asleep, or around I would remove her debt card from her purse. I would take her debt card to either The PrivateBank or MB Financial Bank in Tinley Park, Illinois. I would proceed to the Bank's ATM, swipe the card, enter the pin number, request a withdrawal, and take possession of the money when it was dispensed from the ATM. I would then proceed to a source of heroin





and spend all the money I had withdrawn from the ATM and purchase heroin. I would return home and return my mother's debit card before she knew it was missing.

I did this approximately 10 times since the 1st January 2012. I only did this at two (2) locations The PrivateBank and MB Financial Bank. I do not know how much money I actually withdrew. I can only guess it was in the hundreds or thousands.

I did not have the authority of my mother to do this.

Witness_____        Signed_____