Case: 1:13-cv-04558 Document #: 259-7 Filed: 03/21/16 Page 1 of 1 PageID #:3098

