UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NELSON D. EDWARDS, SHERRI L. EDWARDS, SHAWNA F. EDWARDS, and SHAWNA A. WALKER, Minor, by Parent, SHAWNA F. EDWARDS,<br><br>                Plaintiffs,<br>v.<br><br>MICHAEL JOLLIFF-BLAKE, ARTURO V. BRACHO, ANDREW J. BELUSO, CARLOS A. SANCHEZ, ALEJANDRO LAGUNAS, SHERRY L. BUCKNER, ANTONIO HERRERA, MICHAEL A. CANTORE, RICO L. CARTER, DARIUS J. REED, EDWARD J. SULLINS, NEIL J. SKIPPER, UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO,<br><br>                Defendants. | Case No. 13 C 4558<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Maria Valdez |

## DECLARATION OF FREDERICK SUTTON

I, Frederick Sutton, declare as follows:

1. I am 44 years of age and am under no disabilities that would prevent me from being competent to give this declaration.

2. I have resided at 3938 West Lexington Street in Chicago, Illinois my entire life, all 44 years.

3. I have never lived or stayed at 827 S. Keeler Avenue, Chicago, Illinois, which is about ½ mile away from my home.

4. I have never, ever run a heroin operation out of the basement of the home at 827 S. Keeler Avenue. I have never been on the premises to sell drugs, neither from the inside nor from the outside of that home. I do not know why anyone would falsely claim that I have.

5. I was acquainted with Nelson Edwards' son more than 30 years ago, in the 1980's when I was a child, but other than that, I have had no contact with the Edwards family. The Edwards' son moved out of state many years ago. I might or might not recognize the other family members if I saw them again. I know them only by reputation, that is, as an upstanding, law-biding family.

      6.     One night early in the summer of 2012, I was at 749 South Keeler Avenue, Chicago, Illinois, a house on the corner of South Keeler Avenue and West 5th Avenue, one block north of the Edwards' home at the corner of South Keeler Avenue and West Arthington Street, when a neighbor told me that the police had raided the Edwards home at 827 South Keeler looking for me.

      7.     Other than seeing the police cars a block away and being told that the police were looking for me, I know nothing about why the police were searching the Edwards home or what their justification was for doing so. I also know nothing about why the police might have been looking for me.

      8.     I was asked whether I know Chicago police officers Michael Jolliff-Blake, Antonio Herrera, or Michael Cantore, and I state that I do not know who these officers are and I do not believe that I have ever met them.

      I declare the above under oath and under penalties of perjury pursuant to 28 U.S.C. § 1746 in Chicago, Illinois.

Dated: March 21, 2016

_____
Frederick Sutton